No. 95–7312.  MUZAKKIR *v.* VILLASENOR.  C. A. 9th Cir.  Certiorari denied.

No. 95–7322.  ECHOLS *v.* AMERICAN FORK INVESTORS ET AL. C. A. 10th Cir.  Certiorari denied.

No. 95–7328.  POWELL *v.* CARNAHAN, GOVERNOR OF MISSOURI, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 95–7335.  WILLIAMS *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 95–7339.  VAN DUREN *v.* TEXAS ET AL.  C. A. 5th Cir. Certiorari denied.

No. 95–7340.  RANDLE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 95–7341.  SPREMO *v.* BABCHIK ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 95–7343.  PREVOT *v.* PREVOT.  C. A. 6th Cir.  Certiorari denied.

No. 95–7344.  SIMPSON *v.* NORTH CAROLINA.  Sup. Ct. N. C. Certiorari denied.

No. 95–7346.  CHRISTIAN *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 95–7348.  GONZALEZ *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–7349.  DESIR *v.* JACKSON MEMORIAL HOSPITAL ET AL. C. A. 11th Cir.  Certiorari denied.

No. 95–7355.  BROWNLOW *v.* GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 95–7357.  BARAKETT *v.* VIRGINIA.  Ct. App. Va.  Certiorari denied.